# In the United States Court of Federal Claims

**No. 07-702 C**
**(Filed September 28, 2007)**

**OK'S CASCADE COMPANY**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Judge Christine O.C. Miller**

As provided for in the provision of the Court's ADR Automatic Referral Program, effective June 21, 2007, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Automatic Referral Program.

Information about this program is available at the court's website -www.uscfc.uscourts.gov.

Brian Bishop

Brian Bishop, Clerk