IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK'S CASCADE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-702C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including March 28, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on January 28, 2008. This is our third request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff consents to this request.

The Government seeks this enlargement because the parties have held discussions regarding the possibility of settlement and would like to continue to explore the possibility of settling this case before we file the answer. The Government has requested that OK's Cascade Company provide additional information regarding its claims to facilitate these discussions. An enlargement of 60 days within which to file the answer will allow the parties sufficient time to conduct additional discussions before the Government is required to prepare documents that may be unnecessary should the parties determine that settlement of this matter is appropriate.

On March 28, 2008, the parties shall submit a status report concerning the progress of settlement discussions, or, if settlement at this time appears unlikely, defendant's answer to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for a 60-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Steven Gillingham
STEVEN GILLINGHAM
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

January 24, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of January, 2008, a copy of the foregoing "CONSENT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan