# In the United States Court of Federal Claims

No. 07-702 C
(Filed: January 31, 2008)

***********************************
**OK'S CASCADE COMPANY** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On January 24, 2008, Defendant filed a third consecutive motion for an extension of time within which to file a response to Plaintiff's complaint. In the present motion, Defendant seeks an additional sixty days. In both Defendant's second and third motions for extension of time, Defendant stated that "the parties have held discussions regarding the possibility of settlement and would like to continue to explore the possibility of settling this case before we file the answer."

The Court GRANTS Defendant's motion for a sixty day extension of time. Defendant's response shall be due on or before **March 28, 2008**.

In addition, the Court ORDERS the parties to file a first joint status report on or before **February 20, 2008**, and a second joint status report on or before **March 21, 2008**. Both joint status reports shall include (1) an indication as to whether a settlement agreement has been reached and (2) a list and description of all settlement activities that have taken place since this case was filed. In addition, if a settlement agreement has not been reached by March 21, 2008, the second status report shall also provide an indication of Defendant's readiness to respond to Plaintiff's complaint.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge