IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK'S CASCADE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-702C<br>(Chief Judge Damich) |

DEFENDANT'S CONSENT MOTION TO STAY PROCEEDINGS

Defendant, on behalf of the parties, respectfully that the Court stay all proceedings, including defendant's obligation to respond to the complaint, to and including June 26, 2008. Defendant's response to the complaint is now due to be filed on March 28, 2008, and the Court has previously granted three motions for an extension of time to file a response. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff consents to this motion.

The parties seek to stay these proceedings because the parties have held discussions regarding the possibility of settlement and would like to continue to explore the possibility of settling this case before the Government files the answer. OK's Cascade Company has recently provided additional information regarding its claims to the Government to facilitate these discussions. Staying these proceedings will allow the parties sufficient time to review this additional information and to conduct additional discussions before the Government is required to prepare documents that may be unnecessary should the parties determine that settlement of this matter is appropriate.

On June 26, 2008, the parties shall submit a status report concerning the progress of settlement discussions, or, if settlement at this time appears unlikely, defendant's answer to the complaint.

For these reasons, the parties respectfully request that the Court stay all proceedings, including defendant's obligation to respond to the complaint to and including June 26, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Steven Gillingham
STEVEN GILLINGHAM
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

March 26, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of March, 2008, a copy of the foregoing "CONSENT MOTION TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan