IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK'S CASCADE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-702C<br>(Chief Judge Damich) |

## DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

### I. Parties and Jurisdiction

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

2. Admits.

3. The allegations contained in paragraph 3 constitute conclusions of law, and plaintiff's characterization of its complaint, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

### II. General Allegations

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Denies that plaintiff was to provide mobile food services at the locations and for the dates listed in paragraph 5; otherwise admits the remaining allegations contained in paragraph 5 to the extent supported by the contract cited, which is the best evidence of its contents.

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

11. Admits a complaint was filed within 12 months of the contracting officers final decision; the remaining allegations contained in paragraph 11 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

12. Defendant's responses to paragraphs 1 through 11 are incorporated by reference.

13. The allegations contained in paragraph 13 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

14. Defendant's responses to paragraphs 1 through 13 are incorporated by reference.

15. The allegations contained in paragraph 15 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

16. Defendant's responses to paragraphs 1 through 15 are incorporated by reference.

17. The allegations contained in paragraph 17 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

18. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 17.

19. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MELISSA McCLELLAN
General Law Division
Office of the General Counsel
Department of Agriculture
1400 Independence Ave., SW
Washington, D.C. 20250
Tele: (202) 720-5565
Fax: (202) 720-5837

April 17, 2008

## CERTIFICATE OF SERVICE

I certify that on this 17TH day of April, 2008, a copy of "Defendant's Answer" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan