IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK'S CASCADE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-702C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of seven days, to and including June 16, 2008, within which to file the Joint Preliminary Status Report ("JPSR"). The JPSR is now due June 9, 2008. This is our first request for an enlargement of time for this purpose. Defendant's counsel has contacted plaintiff's counsel who consents to this motion.

A seven-day enlargement is needed because, although the parties intend to continue settlement discussions, they have determined it is appropriate to submit the JPSR at this time. Counsel for plaintiff has indicated that he intends to provide a draft of portions to include in the JPSR to counsel for the defendant on or about June 6, 2008. Once the draft is received, defendant's counsel will need a brief amount of additional time to finalize and file the JPSR, following mandatory supervisory review.

Accordingly, for these reasons, defendant respectfully requests that the Court grant its motion for a seven-day enlargement of time within which to submit the JPSR.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Courtney E. Sheehan
COURTNEY SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7995
Fax: (202) 514-8624

June 5, 2008

Attorneys for the defendant

CERTIFICATE OF FILING

I hereby certify that on the 5th day of June, 2008, a copy of the foregoing "CONSENT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Courtney E. Sheehan