# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**OK'S CASCADE COMPANY,** *

Plaintiff, *

v. * No. 07-702C

**THE UNITED STATES,** * (Filed June 25, 2008)

Defendant, *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

Defendant shall send a courtesy copy of the audit results to chambers within ten days of receipt of same. Thereafter, the court will consult with the parties to set a date for an off-the-record telephonic Early Neutral Evaluation Conference.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

____________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Chief Judge Damich