# In the United States Court of Federal Claims

No. 07-702C

(Filed: August 19, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| OK'S CASCADE CO., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

SCHEDULING ORDER

As agreed upon by counsel for the parties, the Court will conduct a telephonic status conference on August 28, 2008, at 3:00 PM Eastern Standard Time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge