# In the United States Court of Federal Claims

No. 07-702C

(Filed: August 19, 2008)

```
************************************ *
                                     *
OK'S CASCADE CO.,                    *
                                     *
                   Plaintiff,        *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                   Defendant.        *
                                     *
************************************ *
```

SCHEDULING ORDER

As agreed upon by counsel for the parties, the Court will conduct a telephonic status conference on August 28, 2008, at 3:00 PM Eastern Standard Time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge